```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DEVIN T. BROWN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-00374-MCE |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION TO REDUCE** |
| | ) **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. | ) **§ 3582(c)(2); ORDER** |
| DEVIN T. BROWN, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |
| _____ | ) |

Defendant, DEVIN T. BROWN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney CAROLYN K. DELANEY, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3.  Accordingly, Mr. Brown's adjusted offense level has been reduced from 31 to 29, and a sentence at the low end of the new applicable guideline range would be 108 months;

4.  Mr. Brown merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Brown's positive post-sentencing conduct;

5.  Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Brown's term of imprisonment to 108 months.

Dated: May 14, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Carolyn K. Delaney* | /s/ *David M. Porter* |
| CAROLYN K. DELANEY | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DEVIN T. BROWN |

**ORDER**

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Brown is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the total offense level from 31 to 29, and a sentence for count one at the low end of the new guideline range would be 108 months.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 108 months.

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

1       IT IS FURTHER ORDERED that all other terms and provisions of the
2  original judgment remain in effect.
3       Unless otherwise ordered, Mr. Brown shall report to the United
4  States Probation office closest to the release destination within
5  seventy-two hours after his release.

 Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-