# UNITED STATES DISTRICT COURT
for the

EASTERN    District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Devin T. Brown ) | Case No: 2:04-CR-00374-01 |
| ) | USM No: 15412-097 |
| Date of Previous Judgment: 8/30/2005 ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   135   months **is reduced to**   108 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   31            Amended Offense Level:   29
Criminal History Category:   III         Criminal History Category:   III
Previous Guideline Range:   135  to  168  months    Amended Guideline Range:   108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   08/30/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/27/2008

Dated: June 11, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
Judge's signature

(if different from order date)                                                 Printed name and title