1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DEVIN T. BROWN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. Cr. S 04-374 MCE
                                   )
12              Plaintiff,         ) **STIPULATED MOTION TO REDUCE**
                                   ) **SENTENCE PURSUANT TO 18 U.S.C.**
13      v.                         ) **§ 3582(c)(2);** ORDER THEREON
                                   )
14  DEVIN T. BROWN,                ) **RETROACTIVE CRACK COCAINE**
                                   ) **REDUCTION CASE**
15              Defendant.         )
                                   )
16  _____) Judge: Hon. MORRISON C. ENGLAND

17      Defendant, DEVIN T. BROWN, by and through his attorney, Assistant

18  Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

19  AMERICA, by and through its counsel, First Assistant U.S. Attorney

20  Phillip A. Talbert, hereby stipulate as follows:

21      1.    Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22  term of imprisonment in the case of a defendant who has been sentenced

23  to a term of imprisonment based on a sentencing range that has

24  subsequently been lowered by the Sentencing Commission pursuant to 28

25  U.S.C. § 994(o);

26      2.    The sentencing range applicable to Mr. Brown was subsequently

27  lowered by the United States Sentencing Commission in Amendment 750;

28  ///

1    3.    Accordingly, Mr. Brown's total offense level has been reduced

2 from 29 to 25, the new sentencing range is 70 to 87 months, and a

3 sentence at the low end of the new applicable guideline range would be

4 70 months;

5    4.    Mr. Brown merits a reduction in his sentence based on the

6 factors listed in 18 U.S.C. § 3553(a), as well as considerations of

7 public safety and Mr. Brown's positive post-sentencing conduct;

8    5.    Accordingly, the parties request the court enter the order

9 lodged herewith reducing Mr. Brown's term of imprisonment to 70 months.

10 Dated:  October 25, 2011

11 Respectfully submitted,

12 BENJAMIN WAGNER                    DANIEL J. BRODERICK
   United States Attorney            Federal Defender
13

14

    _/s/ *Phillip A. Talbert*_        _/s/ *David M. Porter*_
15 PHILLIP A. TALBERT                 DAVID M. PORTER
   First Assistant U.S. Attorney     Assistant Federal Defender
16
   Attorney for Plaintiff            Attorney for Movant
17 UNITED STATES OF AMERICA          DEVIN T. BROWN

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO REDUCE SENTENCE
                      -2-

1                                    **ORDER**

2          This matter came before the Court on the stipulated motion of the

3    parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4          The parties agree, and the Court finds, that Mr. Brown is entitled

5    to the benefit of the retroactive amendment reducing crack cocaine

6    penalties, which reduces the applicable offense level from 29 to 25.

7          IT IS HEREBY ORDERED that the term of imprisonment imposed on June

8    11, 2008 is reduced to 70 months.

9          IT IS FURTHER ORDERED that all other terms and provisions of the

10   original judgment remain in effect.  The Clerk of the Court shall

11   prepare an Amended Judgment.

12         Unless otherwise ordered, Mr. Brown shall report to the United

13   States Probation office closest to the release destination within

14   seventy-two hours after release.

15    Dated: October 27, 2011

16

17    _____

18    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO REDUCE SENTENCE
                                   -3-